## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered: January 26, 2017          107578
_____

THE PEOPLE OF THE STATE OF
   NEW YORK,
                   Respondent,

      v                                 MEMORANDUM AND ORDER

CLARENCE C. MYLES,
                   Appellant.
_____

Calendar Date: November 29, 2016

Before: Peters, P.J., Garry, Egan Jr., Mulvey and Aarons, JJ.

_____

     G. Scott Walling, Schenectady, for appellant.

     J. Anthony Jordan, District Attorney, Fort Edward (Sara E. Fischer of counsel), for respondent.

_____

     Appeal from a judgment of the County Court of Washington County (McKeighan, J.), rendered March 20, 2015, convicting defendant upon his plea of guilty of the crime attempted promoting prison contraband in the first degree.

     In satisfaction of a two-count indictment, defendant pleaded guilty to attempted promoting prison contraband in the first degree. He was sentenced as a second felony offender in accordance with the terms of the plea agreement to a prison term of 1½ to 3 years. Defendant appeals.

     Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted

(see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, P.J., Garry, Egan Jr., Mulvey and Aarons, JJ., concur.


ORDERED that the judgment is affirmed, and application to be relieved of assignment granted.



ENTER:

Robert D. Mayberger
Clerk of the Court